IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY WHALEY,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| v. | : | NO.   21-cv-394 |
| | : | |
| **DAVID BYRNE, et al.** | : | |
| **Respondents.** | : | |

**O R D E R**

AND NOW, this 18th day of August, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Harvey Bartle III
_____
HARVEY BARTLE, III,     J.